**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

RAYMOND CARR,

    Plaintiff,

v.                                          Case No. 12-15074
                                          Hon. Lawrence P. Zatkoff

RAYMOND BOOKER, *et al.*,

    Defendants.

_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 43], in which the Magistrate Judge recommends that the Court grant Defendants' Motions for Summary Judgment [dkts 18, 22, 28]. No objections were filed to the Magistrate's Report and Recommendation, and the time period in which to do so has elapsed. *See* Fed. R. Civ. P 72(b)(2).

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motions for Summary Judgment [dkts 18, 22, 28] are GRANTED and Plaintiff's complaint is DISMISSED with prejudice.

IT IS SO ORDERED.

Date: February 3, 2014                          S/Lawrence P. Zatkoff
                                                                                     Hon. Lawrence P. Zatkoff
                                                                                     U.S. District Judge