# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RAYMOND CARR,

    Plaintiff,

v.                                                        Case No. 12-15074
                                                         Hon. Lawrence P. Zatkoff

RAYMOND BOOKER, *et al.*,

    Defendants.

_____/

## ORDER

On February 3, 2014, the Court adopted the Magistrate Judge's Report and Recommendation dismissing Plaintiff's complaint [dkt 44]. Later that day, however, Plaintiff filed objections to the Magistrate Judge's Report and Recommendation [dkt 46].

The Court has reviewed Plaintiff's objections and finds them deficient for two reasons. First, Plaintiff failed to file his objections within the time period prescribed by Fed. R. Civ. P. 72(b)(2) and Eastern District Local Rule 72.1(d). The Court dismisses his objections on that basis alone. Second, after considering the substance of Plaintiff's objections, the Court finds that the Magistrate Judge adequately addressed the underpinnings of his objections in the Report and Recommendation. As such, the Court sees no reason to disturb its order adopting the Report and Recommendation.

    IT IS SO ORDERED.

                                                                S/Lawrence P. Zatkoff
Date: February 10, 2014                                Hon. Lawrence P. Zatkoff
                                                                U.S. District Judge